# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Linda Ann Tyler,                           )<br>                                                     )<br>   vs.                                            )<br>                                                     )<br>Gloria Jean Rackley,                     )<br>E. Richard Bazzle, Charles Kearney, Jr., )<br>Diane Hamrick, Melissa Whitt,        )<br>Bernice Wiggleton, Barbara L. Partiledge, )<br>R. Irby, Diane Litwer, Rance Cobb,  )<br>Betty Flemming, V.C. Hill,              )<br>Sandra Shumate, T.J. Philson, and   )<br>Sherri Chandler,                           )<br>                                                     )<br>                        Defendants.     )<br>_____) | C/A No. 4:99-2845-MBS<br><br><br><br>**ORDER** |

This matter is before the court on Plaintiff Linda Ann Tyler's motions seeking reimbursement of funds paid pursuant to the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e. ECF Nos. 110, 111. Plaintiff asserts she "has been billed three times for the same lawsuit," and requests reimbursement from the court's registry. ECF No. 111 at 1. The court previously granted Plaintiff's motions for an accounting of the monies she has paid toward her PLRA fees and the Clerk of Court mailed to Plaintiff copies of reports generated by the court's Finance Department. ECF Nos. 108, 109. Copies of those reports, which were not returned as undeliverable, reflect that the court has not billed Plaintiff more than what she owes under the PLRA and that there is no basis for reimbursing money for payment of fees to Plaintiff. Accordingly, Plaintiff's motions, ECF Nos. 110, 111, are denied.

    **IT IS SO ORDERED.**

                                                                                                                    /s/Margaret B. Seymour
                                                                                                                    Margaret B. Seymour
                                                                                                                    Senior United States District Judge

Columbia, South Carolina
October 27, 2020